UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

LINDA ANNE JOHNSON,                         Civil No. 08-365 (JMR/JSM)

    Plaintiff,

v.                                                                    **ORDER**

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated April 9, 2009.  No objections have been filed to that Report and Recommendation in the time period permitted.

    Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    IT IS HEREBY ORDERED:  Defendant's Motion to Dismiss [Docket No. 16] is **GRANTED**, and plaintiff's complaint is dismissed with prejudice.

Dated:  May 5, 2009

                                 s/James M. Rosenbaum
                                 JAMES M. ROSENBAUM
                                 UNITED STATES DISTRICT JUDGE